**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| The United States of America ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| 2004 LAMBORGHINI MURCIELAGO VIN ) | |
| #ZHWBU16S64LA1275; ) | |
| $6,100.00 in UNITED STATES CURRENCY; ) | |
| 2007 MERCEDES BENZ S-550 VIN ) | |
| #WDDNG71X07A086619; ) Civil Case No. 07-cv-1512 (RJL) | |
| 2007 MERCEDES BENZ GL 450VIN # ) | |
| 4JGBF71E87A191614; ) | |
| CITIBANK CHECKING ACCOUNT ) | |
| #151875564 CONTAINING $2,569.04 (more ) | |
| or less); ) | |
| CITIBANK CHECKING ACCOUNT ) | |
| #152070827 CONTAINING $485,952.00 (more ) | |
| or less); ) | |
| WELLS FARGO CHECK 0648300450 for ) | |
| $191,971.74 from ACCOUNT 6294596132, ) | |
| ) | |
| Defendants. ) | |

**MOTION TO DISMISS VERIFIED COMPLAINT FOR FORFEITURE IN REM**

COMES NOW, the Defendant 2004 LAMBORGHINI MURCIELAGO VIN, #ZHWBU16S64LA1275; $6,100.00 in UNITED STATES CURRENCY; 2007 MERCEDES BENZ S-550 VIN #WDDNG71X07A086619; 2007 MERCEDES BENZ GL 450VIN #4JGBF71E87A191614; CITIBANK CHECKING ACCOUNT #151875564 CONTAINING $2,569.04 (more or less); CITIBANK CHECKING ACCOUNT #152070827 CONTAINING $485,952.00 (more or less); WELLS FARGO CHECK 0648300450 for $191,971.74 from ACCOUNT 6294596132 (hereinafter referred to as "Defendant Properties") through undersigned

counsel and for good cause shown, hereby moves this Court to dismiss the Government's complaint for forfeiture *in rem* pursuant to Fed. R. Civ. P. 12(b)(6); Supp. R. E(2), and/or C(2).

The forfeiture sought herein has already been properly contested by Zhenli Ye Gon (hereinafter referred to as "Claimant") in response to the notices of seizure he received and in accord with 18 U.S.C. § 983(a). As one example, the Claimant provides this Court with a notice he received from the U.S.D.E.A, and the Affidavit of Claim he sent in response to said notice along with a letter from his attorney Ning Ye, Esq. and proof of this mailing. See Claimant Exhibit 1.

The verified Claimant has a valid, legitimate and verified interest in said properties and has asserted such interest in accord with the Government's administrative processes. For the Court's edification, the Claimant is currently incarcerated in the District of Columbia and has been indicted on one count of conspiracy to aid and abet the manufacture of 500 grams or more of methamphetamine knowing or intending that it will be unlawfully imported into the United States in violation of 21 U.S.C. § 963 and 959 and 18 U.S.C. § 2. Criminal No. 07-181 (EGS). While the Government has already brought a forfeiture allegation in the Claimant's indictment pursuant to 21 U.S.C. § 853 and 970 concerning the same Defendant Properties in this case, the Government now brings the instant civil action against the Defendant properties.

Because the Claimant has a pending Motion to Dismiss the Government's one count indictment, and because two federal district court judges have noted during separate hearings that the Government's case has little or "thin" evidence, the Claimant anticipates that his Motion to Dismiss will be granted, thereby verifying the legitimacy of the defendant properties sought to be forfeited herein as they are the exact same properties sought to be forfeited in the Government's criminal indictment against the Claimant.

2

In addition, the facts alleged in paragraphs 1-36 of the Government's Complaint for Forfeiture *in rem* are the very same facts alleged against the Claimant in the Government's criminal proffers. Because these facts alleged are insufficient to establish the crime upon which forfeiture is based, they are also insufficient to establish a basis for forfeiture herein.

WHEREFORE, the Claimant submits that the Government's Complaint must be dismissed for failure to properly plead a basis for forfeiture under any of the statutory provisions relied upon.

Respectfully Submitted,

/s/ Ning Ye, Esq._____
Ning Ye, Esq., MD BAR Number: 26804
Rockville, MD
(301) 217-0600
ynyale@aol.com
*Counsel for Claimant Ye Gon*

/s/_Martin F. McMahon, Esq.
Martin McMahon, Esq., D.C. Bar Number: 196642
Martin McMahon & Associates
1150 Connecticut Ave., N.W.
Suite 900
Washington, D.C. 20036
(202) 862-4343
mfm@martinmcmahonlaw.com
*Counsel for Claimant Ye Gon*

/s/_Lisa D. Angelo, Esq.
Lisa D. Angelo, Esq., D.C. Bar Number: 491206
Martin McMahon & Associates
1150 Connecticut Ave., N.W.
Suite 900
Washington, D.C. 20036
(202) 862-4343
langelo@martinmcmahonlaw.com
*Counsel for Claimant Ye Gon*

**CERTIFICATE OF SERVICE**

On this 27TH day of September, I electronically filed the foregoing Motion with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Robert Stapleton, Esq.
U.S. Dept. of Justice
Criminal Division
Asset Forfeiture and Money Laundering Section
1400 New York Avenue, NW, Suite 10100
Washington, DC 20530
*Attorney for Plaintiff United States*

/s/ Lisa D. Angelo, Esq.
Lisa D. Angelo, Esq., D.C. Bar Number: 491206
Martin McMahon & Associates
1150 Connecticut Ave., N.W.
Suite 900
Washington, D.C. 20036
(202) 862-4343
langelo@martinmcmahonlaw.com
*Counsel for Defendant Ye Gon*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| The United States of America | ) |
|  | ) |
| Plaintiff | ) |
|  | ) |
| v. | ) |
|  | ) |
| 2004 LAMBORGHINI MURCIELAGO VIN #ZHWBU16S64LA1275; | ) |
| $6,100.00 in UNITED STATES CURRENCY; | ) |
| 2007 MERCEDES BENZ S-550 VIN #WDDNG71X07A086619; | )  Civil Case No. 07-cv-1512 (RJL) |
| 2007 MERCEDES BENZ GL 450VIN # 4JGBF71E87A191614; | ) |
| CITIBANK CHECKING ACCOUNT #151875564 CONTAINING $2,569.04 (more or less); | ) |
| CITIBANK CHECKING ACCOUNT #152070827 CONTAINING $485,952.00 (more or less); | ) |
| WELLS FARGO CHECK 0648300450 for $191,971.74 from ACCOUNT 6294596132, | ) |
|  | ) |
| Defendants. | ) |

**VERIFIED STATEMENT OF ZHENLI YE GON'S INTEREST IN THE DEFENDANT PROPERTIES**

COMES NOW Claimant Zhenli Ye Gon ("Claimant") through undersigned counsel and for good cause shown, hereby asserts an interest in or right against the above-captioned defendant properties pursuant to Fed. R. Civ. P. Supp. R. C(6)(a)(i)(A) or (B) and C(6)(a)(ii). The Claimant, as owner and operator of a legitimate pharmaceutical company named "UNIMED" asserts that the above-noted properties are proceeds from legitimate business activity and are not subject to forfeiture as alleged by the Government in its Complaint for forfeiture in rem. Thus, at the time of the seizure the Claimant had an "ownership" interest and

thereby submits this statement.  The Claimant further submits that undersigned counsel is authorized to make this claim on his behalf.

Dated:  September 27, 2006

    Respectfully Submitted,

/s/ Ning Ye, Esq._____
Ning Ye, Esq., MD BAR Number: 26804
Rockville, MD
(301) 217-0600
ynyale@aol.com
*Counsel for Claimant Ye Gon*

/s/_Martin F. McMahon, Esq.
Martin McMahon, Esq., D.C. Bar Number: 196642
Martin McMahon & Associates
1150 Connecticut Ave., N.W.
Suite 900
Washington, D.C. 20036
(202) 862-4343
mfm@martinmcmahonlaw.com
*Counsel for Claimant Ye Gon*

/s/_ Lisa D. Angelo, Esq.
Lisa D. Angelo, Esq., D.C. Bar Number: 491206
Martin McMahon & Associates
1150 Connecticut Ave., N.W.
Suite 900
Washington, D.C. 20036
(202) 862-4343
langelo@martinmcmahonlaw.com
*Counsel for Claimant Ye Gon*

# CERTIFICATE OF SERVICE

On this 27th day of September, I electronically filed the foregoing Verified Statement with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Robert Stapleton, Esq.
U.S. Dept. of Justice
Criminal Division
Asset Forfeiture and Money Laundering Section
1400 New York Avenue, NW, Suite 10100
Washington, DC 20530
*Attorney for Plaintiff United States*

/s/ Lisa D. Angelo, Esq.
Lisa D. Angelo, Esq., D.C. Bar Number: 491206
Martin McMahon & Associates
1150 Connecticut Ave., N.W.
Suite 900
Washington, D.C. 20036
(202) 862-4343
langelo@martinmcmahonlaw.com
*Counsel for Defendant Ye Gon*

**U.S. DEPARTMENT OF JUSTICE**
**DRUG ENFORCEMENT ADMINISTRATION**

Zhenli Ye Gon aka Zhenli Ye
c/o Ning Ye/Esq.
4242 Union Street, Apt 3C
Flushing, NY 11355-2596

| | |
|---|---|
| Asset Id: | 07-DEA-486974 |
| Case Number: | R1-07-0204 |
| Property: | Bank of America, Acct. #10204-41786 |
| Account Number: | 10204 41786 |
| Asset Value: | $273,606.89 |
| Seizure Date: | 06/18/2007 |
| Seizure Place: | Newport Beach, CA |
| Owner Name: | |
| Seized From: | Zhenli Ye Gon aka Zhenli Ye |
| Judicial District: | Central District of California |

NOTICE MAILING DATE: August 3, 2007

## NOTICE OF SEIZURE

The above-described property was seized by Special Agents of the Drug Enforcement Administration (DEA) for forfeiture pursuant to Title 21, United States Code (U.S.C.), Section 881, because the property was used or acquired as a result of a violation of the Controlled Substances Act (Title 21, U.S.C., Sections 801 et seq.). The seizure date and place, as well as other pertinent information regarding the property are listed above.

Pursuant to Title 18, U.S.C., Section 983 and Title 19, U.S.C., Sections 1602-1619, procedures to administratively forfeit this property are underway. You may petition the DEA for return of the property or your interest in the property (remission or mitigation), and/or you may contest the seizure and forfeiture of the property in Federal court. **You should review the following procedures very carefully.**

## TO REQUEST REMISSION OR MITIGATION OF FORFEITURE

If you want to request the remission (pardon) or mitigation of the forfeiture, you must file a petition for remission or mitigation with the Forfeiture Counsel of the DEA within thirty (30) days of your receipt of this notice. The petition must include proof of your interest in the property and state the facts and circumstances which you believe justify remission or mitigation. The regulations governing the petition process are set forth in Title 28, Code of Federal Regulations, Part 9.

## TO CONTEST THE FORFEITURE

In addition to, or in lieu of petitioning for remission or mitigation, you may contest the forfeiture of the seized property in UNITED STATES DISTRICT COURT. To do so, you must file a claim with the Forfeiture Counsel of the DEA by September 7, 2007. The claim need not be made in any particular form (Title 18, U.S.C., Section 983(a)(2)(D)). The claim shall identify the specific property being claimed; state the claimant's interest in such property; and be made under oath, subject to penalty of perjury (Title 18, U.S.C., Section 983(a)(2)(C)). A frivolous claim may subject the claimant to a civil fine in an amount equal to ten (10) percent of the value of the forfeited property, but in no event will the fine be less than $250 or greater than $5,000 (Title 18, U.S.C., Section 983(h)). Upon the filing of a claim under Title 18, U.S.C., Section 983(a), a claimant may request, pursuant to Section 983(f), release of the seized property during the pendency of the forfeiture proceeding due to hardship. Requests must be sent to the Forfeiture Counsel of the DEA. The following property is not eligible for hardship release: contraband, currency, or other monetary instruments or electronic funds unless the property constitutes the assets of a legitimate business which has been seized; property to be used as evidence of a violation of the law; property, by reason of design or other characteristic, particularly suited for use in illegal activities; and property likely to be used to commit additional criminal acts if returned to the claimant. If you wish to contest the forfeiture of the asset, you must comply with the procedures set forth herein. Your failure to do so will result in the termination of your interest in the asset, and may preclude your contesting the forfeiture of the asset in any judicial proceeding - either civil or criminal - even if such a proceeding has already been commenced or is commenced in the future.

## WHERE TO FILE CORRESPONDENCE

All submissions must be filed with the Forfeiture Counsel, Asset Forfeiture Section, Office of Operations Management, Drug Enforcement Administration, HQs Forfeiture Response, P.O. Box 1475, Quantico, Virginia 22134-1475. Correspondence sent via private delivery must be filed with the Forfeiture Counsel, Asset Forfeiture Section, Office of Operations Management, Drug Enforcement Administration, 2401 Jefferson Davis Highway, Alexandria, VA 22301. A PETITION, CLAIM, OR OTHER CORRESPONDENCE SHALL BE DEEMED FILED WITH THE FORFEITURE COUNSEL, ASSET FORFEITURE SECTION, WHEN RECEIVED BY THE DEA AT EITHER OF THE ADDRESSES NOTED ABOVE. SUBMISSIONS BY FACSIMILE OR OTHER ELECTRONIC MEANS WILL NOT BE ACCEPTED. The Asset ID referenced above should be used with all submissions. Failure to include the Asset ID may cause a delay in processing your submission(s).

EXHIBIT NO. 1

FedEx US Airbill Express

FedEx Tracking Number: 8604 2574 2648

**1 From**
Date: 08/03/2007
Sender's FedEx Account Number:
Sender's Name: Ning Ye, Esq.
Phone: 718/308-6628
Company:
Address: 42-42 Union Street #3C
City: Flushing  State: NY  ZIP: 11355

**2 Your Internal Billing Reference**
07-DEA- 0610456401DEA484278
07-DEA- 0610456401DEA482020

**3 To**
Recipient's Name: Forfeiture Counsel
Company: Asset Forfeiture Section, Office of D.M.
Recipient's Address: USDEA, HQs Forfeiture Response
Address: 2401 Jefferson Davis Hwy
City: Alexandria  State: VA  ZIP: 22301

**4a Express Package Service**
☑ FedEx Standard Overnight

**5 Packaging**
☑ FedEx Envelope

**7 Payment**
☑ Sender

Credit Card: 4388 6426 3133 6446
Exp: 4/09

520

## Law Offices of Ning Ye, Esq.
*42-42 Union Street, Suite #3-C, Flushing, NY 11355*
**TEL:** (718) 321-9899; (718) 308-6626 • **FAX:** (718) 321-7722 • **E-MAIL:** ynyale@aol.com

August 2, 2007

Forfeiture Counsel, Asset Forfeiture Section
Office of Operation Management
USDEA
HQs Forfeiture Response
2401 Jefferson Davis Highway
Alexandria, VA 22301

Re.: In Matter of Zhenli Ye (AKA: Zhenli Ye Gon)
Case No.: R1-07-0204

Dear Forfeiture Counsel:

Respectfully enclosed is an affidavit statement made under the penalty of perjury in support of/in lieu of, the claim of lawful entitlement, and legitimate ownership of the property under the lawful title of the above-referenced claimant.

Please kindly note that the Affidavit of Claim is respectfully submitted to you without ownership paperwork due to the following facts:

1. There is no dispute on ownership issues; The USDEA that seized the property for forfeiture purpose acknowledges the claimant's ownership: It is therefore undisputed concerning the original ownership;
2. The Claimant was incarcerated in US detention Center in DC, having no access to all his documents confiscated by either/both U.S. and/or Mexican law enforcement agencies.
3. This Counsel's repeated requests addressed to the USDOJ, demanding for copies of documentary evidence has thus far not turned out any positive response.

The above-referenced claimant categorically denies all unsubstantiated charges fraudulently originated by the corrupted government of Mexico. There is no legal basis to take, or "nationalize" any of his lawful property under the circumstances. Please also kindly note that the total amount of the cash entrusted to Alicia Yihui Zhou by Unimed under the Claimant's sole ownership is approximately $1.8 million to 2 million.

Should you have any questions and inquiries about this matter, please feel free to contact me at any time. Your prompt attention to this matter is greatly appreciated.

Sincerely yours,

*[signature]*

Ning Ye, Esq.
Defense Counsel for Zhenli Ye Gon

1

# Affidavit Statement

Zhenli Ye Gon, being duly sworn, deposes and certifies, under the penalty of perjury, that the following of my sworn statement is true and correct: I respectfully submit this Affidavit Statement in support of my claims against seizures and forfeitures, which include, but not limited to, the following enumerated case numbers:

Asset Id: 07-DEA-482646
Case Number: R1-07-0204
Property: $499,985.00

I respectfully disagree with any claims made by any government agencies that the properties under and beyond the foregoing enumerated case numbers are subject to forfeiture, instead I am seeking for a judicial determination of the matter, should the administrative agency taking these properties refuse to return to me, their lawful owner, because I am entitled to the immediate release of these seized property pursuant to 18 USC Section 983, for the following reasons:

A. It is undisputed I have exclusive legal title and lawful interest in the property;
B. If the seized funds are returned to me, I have sufficient ties to the community to provide assurance that the property will be available and intact at the time of trial, I am father of three U.S. born, U.S. citizen minor children; and I am a wealthy, well-established, reputable, law-abiding business entrepreneur. I take such constitutional democracy as the United States as my permanent safe haven from politically motivated persecution from my own country of Mexico and China. Now, all these are the underlying reasons why I have my roots deeply rooted in the soil of American community.
C. Such continued, improper possession of the foregoing enumerated properties by the U.S. Government, pending final disposition of any forfeiture proceedings, will cause me substantial, extreme hardship, and irreparable loss, because taking such funds in government custodian account will rip me off such opportunity as of viable capital investment, hence to deprive my rights to "pursue happiness" and livelihood, which is in violation of this nation's founding principles. To take funds away from such a top-line expert in the area of lawful business transaction simply for a foreign government's unsubstantiated, groundless and frivolous charges, is simply to drain such a business man incapacitated, causing a tremendous, life threatening waste in a world of ever-growing competition. Moreover, the properly derived profits and interests from these property will be desperately needed to contribute to my defense funds which will help reinstate justice in my case. Without such financial support from my confiscated property, I can be coerced to lose my life before I can clear of myself through sufficient legal aids, while this prospects are crystal clear to me. But if I am no longer live and breathe when I am cleared and all properties are returned to "me" or my estate, than the too-later coming justice cannot reverse the irreparable damages caused by such wasteful continuity of the government custody of such property.

1

D. In the foregoing light stated in the preceding paragraph, it is then clear that my extreme hardship from Government's continued possession of these seized property will definitely outweigh the risk of such remote possibility as these properties may be destroyed, damaged, lost, concealed, or transferred, if they are returned to me while any proceedings are pending;
E. Most importantly, more and more evidence has clearly indicates that the ultimate, underlying causes prompting the U.S. government to take seizures and forfeitures against my lawful properties, particularly on the side of Mexican government, is nothing more than a *pure frivolous* case. Therefore, it appears highly unlikely that the future judicial proceedings will turn out the results in support of such premature seizures and forfeiture.
F. These property confiscated is not evidence of my violation of law. My hard-earned cash and other properties are in its nature lawful, neutral, transcendent and clean. These are from lawfully engaged business and will be used for the purpose of same lawful, ethical and clean business.
G. The property seized is not itself contraband, such as illegal narcotic drugs or their containers, neither it will be used to finance such illegal business activities. Unimed Pharmaceuticals Corp, AG, Ltd., and all its related, branches, within the business family of Unimed, is a total US$300M investment program, using 24 assembly lines of the world's most cutting edge technology, an undisputable flagship of pharmaceutical industry in the entire Latin American landmass. Such a huge business will not be foolishly abused for illegal drug trafficking, such as a smuggler of a few cantons of smuggled cigarettes would not even imagine to use the USS Independence Aircraft Carrier to smuggle his tiny stock of smuggled cigarettes.
H. I have never involved in any criminal activities, let alone illegal drug related criminal activities. Should such property is returned to me, its lawful owner, I will certainly not use it to commit "additional" criminal acts, while the term "additional" is apparently imprecise here.

I am a citizen of Mexico of Chinese origin, currently residing at the United States of America. I am father of three U.S. born minor children having U.S. citizenship at their birth. I have been a successful business entrepreneur and an ambitious business investor in lawful business. In the meantime, I am a PRI party member and was an Honorary Senator with Mexican Parliament. In the meantime, I am a law-abiding citizen, without any criminal records. At this moment of filing my claims requesting return of my wrongfully taken properties, hard-earned through my 20-year legitimate business activities. By taking this opportunity of submitting my claims for the government to release my properties to his lawful owner: Zhenli Ye Gon, I would like to clarify the following most critical issues, to be self-evident, self-explanatory:

1. I am not a drug dealer, neither am I a drug lord, much less a drug kingpin. I have never transacted illegal narcotic drugs either by myself, or in association with any "drug cartel", let alone organizing and leading "drug cartel" in any place of the world at any time. The enterprises, namely, "Unimed", any part, branches, subsidiaries thereof, is a lawful business organization, transacting lawful business in clean, neat and transparent manner.

2

2. I have never engaged in, by myself, or associated with any others, illegal narcotic drug trafficking, through out my life, since the day one of my birth, up till now; I have never consumed, tasted, inhaled, smoked, sold, bought, manufactured, processed, tested, distributed any illegal drugs, not even a single once, a single milligram;

3. I have never touched such staff as Safrole, MDMA, Methamphetamine, etc, through out my life;

4. I have never written, kept, or seen such "handwritten note" on how to make 20 tons of Safrole into MDMA or Methamephetamine;

5. I purchased 22 Assembly lines using the state of arts technology from Germany, Italy for the purpose of mass production of multi-faceted legitimate pharmaceutical products. The world's most advanced technology I employed and bought is not to use for mass-production of such illegal drugs as MDMA, Methamephetamine. It is a simple and plain truth.

6. I cannot say that I have never transacted in any chemical agents under "controlled substance" list in Mexico. During the period from 2002 through the end of 2003, I was lawfully transacted, imported and distributed "pseudo ephedrine" in Mexico, with the government permit, issued by the Department of Public Health of Mexico. I was competing with the several other suppliers of Pseudoephedrine" in Mexico. All my government permitted transaction of pseudo ephedrine has been fully recorded, under the strict supervision by Mexican Department of Health. The quantity, the tonnage of the pseudo ephedrine that I have transacted, had never exceeded the quota set forth by the Mexican government.

7. When Mexican Government ceased to issue me the permit of transacting pseudo ephedrine, I immediately stopped importing, buying, selling, processing, distributing pseudo ephedrine". What is now in dispute is the 19 metric tons of chemical agents that I imported from China without government license. These 19 tons of chemical agents are legitimate chemical agents, namely, Hydroxy-Benzyl-N-Methyl-Acctcthamtne (Acetethamtne), the chemical itself who pharmaceutical property was ascertained by Mexico's own forensic laboratory test while its legitimacy was also "partially recognized" by the same testing report. However, Mexican government argued that these chemical agents that I imported from China from 2005 through 2006 is "pseudo-ephedrine" in its contradictory national forensic laboratory testing. The allegation, together with so-called "scientific analytical report" is frivolous. All these chemical agents are harmless, lawful chemical products not under "controlled substance" list. Neither is it under the list of "analogue drugs". Based on several of independent chemists analytical reports, these chemical agents are completely different chemical agents with complete different molecule identification and characterization. Importation of these chemical agents is to prepare my mass production of a lawful products.

3

8. Consequently, all my properties, including those which were seized, confiscated, "forfeited" by the U.S. law enforcement agencies, acting on the false, fraudulent and misleading information provided by thoroughly corrupted Mexican authorities, that I am a "drug lord", involving in "international drug trafficking", are my lawful assets, amassed through my 20-year hardworking, lawful and ethical business operation in Mexico, China and other places. Not a single penny of my hard-earned money is tainted with narcotic illegal drugs.

9. Wherefore, in the light of foregoing, I respectfully pray that all these properties should be immediately returned to me.

For further questions and concerns about this matter, you may also contact my counsel Ning Ye, Esq. At 301-641-7345. Further affiant sayth naught.

_____ August 2, 2007 in DC. Jaile.
I hereby certify that my foregoing statement made under penalty of perjury is true and correct.

4

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The United States of America | )<br>)<br>) |
| Plaintiff | )<br>) |
| v. | )<br>) |
| 2004 LAMBORGHINI MURCIELAGO VIN #ZHWBU16S64LA1275;<br>$6,100.00 in UNITED STATES CURRENCY;<br>2007 MERCEDES BENZ S-550 VIN #WDDNG71X07A086619;<br>2007 MERCEDES BENZ GL 450VIN # 4JGBF71E87A191614;<br>CITIBANK CHECKING ACCOUNT #151875564 CONTAINING $2,569.04 (more or less);<br>CITIBANK CHECKING ACCOUNT #152070827 CONTAINING $485,952.00 (more or less);<br>WELLS FARGO CHECK 0648300450 for $191,971.74 from ACCOUNT 6294596132, | )<br>)<br>)<br>)<br>)  Civil Case No. 07-cv-1512 (RJL)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## ORDER

Upon consideration of Defendant's Motion to Dismiss, and the Government's opposition thereto, it is this _____ day of _____, 2007 hereby

**ORDERED** that the Defendant's Motion is **GRANTED**.

_____
Hon. Richard Leon
United States District Judge