**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| The United States of America | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| 2004 LAMBORGHINI MURCIELAGO VIN #ZHWBU16S64LA1275; | ) ) | |
| $6,100.00 in UNITED STATES CURRENCY; | ) | |
| 2007 MERCEDES BENZ S-550 VIN #WDDNG71X07A086619; (RJL) | ) ) | Civil Case No. 07-cv-1512 |
| 2007 MERCEDES BENZ GL 450VIN # 4JGBF71E87A191614; | ) ) | |
| CITIBANK CHECKING ACCOUNT #151875564 CONTAINING $2,569.04 (more or less); | ) ) ) | |
| CITIBANK CHECKING ACCOUNT #152070827 CONTAINING $485,952.00 (more or less); | ) ) ) | |
| WELLS FARGO CHECK 0648300450 for $191,971.74 from ACCOUNT 6294596132, | ) ) | |
| | ) | |
| Defendants. | ) ) | |

**ENTRY OF APPEARANCE OF COUNSEL**

The Defendant informs the Court that Lisa D. Angelo, Esq. is an associate of the law firm of Martin McMahon and Associates and hereby enters her appearance as counsel of record. Her email address is: langelo@martinmcmahonlaw.com. This notice of her appearance is on behalf of Claimant Zhenli Ye Gon and the named defendant properties.

RESPECTFULLY SUBMITTED on this 28th day of September 2007,

**MARTIN McMAHON & ASSOCIATES**

/s/ Lisa D. Angelo
Lisa D. Angelo, DC BAR Number: 491206
Martin F. McMahon & Associates
1150 Connecticut Ave. N.W.
Suite 900
Washington, DC  20036
Tel:  (202) 862-4343
Fax:  (202) 828-4130
langelo@martinmcmahonlaw.com

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true copy of the foregoing was served electronically on August 1, 2007 to:

Robert Stapleton, Esq.
U.S. Dept. of Justice
Criminal Division
Asset Forfeiture and Money Laundering Section
1400 New York Avenue, NW, Suite 10100
Washington, DC 20530
*Attorney for Plaintiff United States*

                                      /s/ Lisa D. Angelo
                                      Lisa D. Angelo, DC BAR Number: 491206
                                      Martin F. McMahon & Associates
                                      1150 Connecticut Ave. N.W.
                                      Suite 900
                                      Washington, DC  20036
                                      (202) 862-4343
                                      langelo@martinmcmahonlaw.com