UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : <br> : <br> v. : <br> : Case No. 07-cv-1512 (RJL) <br> 2004 LAMBORGHINI MURCIELAGO : <br>  VIN # ZHWBU16S64LA01275; : <br> $6,000.00 IN UNITED STATES CURRENCY : <br> 2007 MERCEDES BENZ S-550 : <br>  VIN # WDDNG71X07A086619; : <br> 2007 MERCEDES BENZ GL 450 : <br>  VIN #4JGBF71E87A191614; : <br> CITIBANK CHECKING ACCOUNT : <br>  NO.: 151875564 CONTAINING $2,569.04 : <br>  (more or less); : <br> CITIBANK CHECKING ACCOUNT : <br>  NO.: 152070827 CONTAINING $485,952.00 : <br>  (more or less); : <br> WELLS FARCO CHECK 0648300450 for : <br>  $191,971.74 from ACCOUNT #6294596132. : <br> : <br>         Defendants. : <br> _____ : | |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of G. Allen Dale, as counsel for

Claimant Michele Wong ("Claimant"). I certify that I am a member in good standing with this

Court.

                                                        /s/
                                        _____
                                        G. ALLEN DALE - Bar No. 954537
                                        601 Pennsylvania Avenue, N.W.
                                        Suite 900 - North Building
                                        Washington, D.C. 20004
                                        (202) 638-2900
                                        Facsimile: (202) 783-1654