UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>           Plaintiff,<br><br>v.<br><br>2004 LAMBORGHINI MURCIELAGO VIN # ZHWBU16S64LA01275;<br>$6,100.00 in UNITED STATES CURRENCY;<br>2007 MERCEDES BENZ S-550 VIN #WDDNG71X07A086619;<br>2007 MERCEDES BENZ GL 450 VIN # 4JGBF71E87A191614;<br>CITIBANK CHECKING ACCOUNT #151875564 CONTAINING $2,569.04 (more or less);<br>CITIBANK CHECKING ACCOUNT #152070827 CONTAINING $485,952.00 (more or less);<br>WELLS FARGO CHECK 0648300450 for $191,971.74 from ACCOUNT 6294596132,<br><br>           Defendants. | Civil Case No. 07-1512 (RJL) |

**MOTION TO AMEND THE CIVIL COMPLAINT TO INCLUDE ADDITIONAL BANK ACCOUNTS**

The United States of America, by and through the below named attorneys, moves to amend the above captioned civil forfeiture complaint Civil Case No. 07-1512, filed on August 24th, 2007, to include the following two bank accounts:

•     Bank of America account # 004968432606 containing $406,855.05 in U.S. currency;

•     Wells Fargo account # 9397156952 containing $12,511.48 in U.S. currency.

These accounts, held in the name of Zhenli Ye Gon, were initially seized[1] related to the criminal activities of Zhenli Ye Gon and Michele Wong, defendants in criminal matters before the U.S. District Court for the District of Columbia, case numbers 07-181 and 07-211, respectively. The United States, through the Drug Enforcement Administration, initiated administrative forfeiture

---

[1] These accounts were seized according to seizure warrants issued by the U.S. District Court for the District of Nevada.

actions and Ye Gon and Wong made claims to these accounts on July 20 and July 23, 2007, respectively. The 90-day period for commencing a civil judicial forfeiture action under 18 U.S.C. 983(a)(3)(A) therefore has not expired. And, because these accounts contain criminal proceeds that were derived from the same set of offenses as the above-captioned defendants, the United States moves to amend its civil judicial forfeiture complaint to include these bank accounts. Furthermore, as provided in Federal Rule of Civil Procedure 15(a), this amendment is permissible as the plaintiff may amend the complaint once as a matter of course to the service of responsive pleadings. The Government has not previously sought to amend the complaint and Claimants have not yet served any responsive pleadings.

Wherefore, the United States respectfully requests that the Court enter an Order amending the complaint to add two bank accounts as defendants,

DATED this 19th day of October, 2007.

Respectfully submitted,

RICHARD WEBER, CHIEF
ASSET FORFEITURE AND
MONEY LAUNDERING SECTION


        /s/
LINDA M. SAMUEL, DC BAR #388970
ROBERT STAPLETON, NY BAR #4076568
U.S. Department of Justice
Criminal Division
Asset Forfeiture and
 Money Laundering Section
1400 New York Avenue, N.W., Suite 10100
Washington, D.C. 20530
(202) 514-1263

Attorneys for Plaintiff United States

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>        Plaintiff,           )<br>                                        )<br>  v.                                    )<br>                                        )<br>2004 LAMBORGHINI MURCIELAGO VIN  )<br># ZHWBU16S64LA01275;                    )<br>$6,100.00 in UNITED STATES CURRENCY; )<br>2007 MERCEDES BENZ S-550 VIN            )<br>#WDDNG71X07A086619;                     )<br>2007 MERCEDES BENZ GL 450 VIN #         )<br>4JGBF71E87A191614;                      )<br>CITIBANK CHECKING ACCOUNT               )<br>#151875564 CONTAINING $2,569.04 (more   )<br>or less);                               )<br>CITIBANK CHECKING ACCOUNT               )<br>#152070827 CONTAINING $485,952.00       )<br>(more or less);                         )<br>WELLS FARGO CHECK 0648300450 for        )<br>$191,971.74 from ACCOUNT 6294596132;    )<br>BANK OF AMERICA ACCOUNT                 )<br># 004968432606 CONTAINING $406,855.05   )<br>(more or less);                         )<br>WELLS FARGO ACCOUNT # 9397156952        <br>CONTAINING $12,511.48 (more or less),   <br><br>        _____Defendants._____ | Civil Case No. 07-1512 (RJL) |

## ORDER

Upon consideration of the "Government's Motion To Amend The Civil Complaint To Include Additional Bank Accounts," it is this,_____ day of _____, 2007,

ORDERED, that the government's motion is **GRANTED**.


DATE: _____          _____
                              RICHARD J. LEON, JUDGE
                              UNITED STATES DISTRICT COURT