UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,           :
                                    :
        v.                          :
                                    :   Case No. 07-cv-1512 (RJL)
2004 LAMBORGHINI MURCIELAGO         :
  VIN # ZHWBU16S64LA01275;          :
$6,000.00 IN UNITED STATES CURRENCY :
2007 MERCEDES BENZ S-550            :
  VIN # WDDNG71X07A086619;          :
2007 MERCEDES BENZ GL 450           :
  VIN #4JGBF71E87A191614;           :
CITIBANK CHECKING ACCOUNT           :
  NO.: 151875564 CONTAINING $2,569.04 :
  (more or less);                   :
CITIBANK CHECKING ACCOUNT           :
  NO.: 152070827 CONTAINING $485,952.00 :
  (more or less);                   :
WELLS FARCO CHECK 0648300450 for    :
  $191,971.74 from ACCOUNT #6294596132. :
                                    :
        Defendants.                 :
                                    :

## CLAIM OF MICHELE WONG

Pursuant to the Supplemental Rules, Federal Rules of Civil Procedure, I, MICHELE WONG, hereby demand the return and restitution of the following defendant property;

1. 2004 LAMBORGHINI MURCIELAGO VIN # ZHWBU16S64LA01275;

2. $ 6,100.00 IN UNITED STATES CURRENCY;

3. 2007 MERCEDES BENZ S-550 VIN, #WDDNG71X07A086619;

4. 2007 MERCEDES BENZ GL 450 VIN# 4JGBF71E87A191614;

5. CITIBANK CHECKING ACCOUNT #151875564 CONTAINING $2,569.04 (more or less); and

6. CITIBANK CHECKING ACCOUNT #152070827 CONTAINING $485,952.00 (more or less);

7. WELLS FARGO CHECK 0648300450 for $191,971.74 from ACCOUNT #6294596132;

and claim the right to defend this action as an owner of each of said items of property.

I declare under penalty of perjury the foregoing is true and correct.

Executed this 16th day of October, 2007, at Las Vegas, Nevada.

                                              MICHELE WONG, Claimant

10/16/07

NOTARY PUBLIC
ROSEMARY REYES
STATE OF NEVADA - COUNTY OF CLARK
MY APPOINTMENT EXP. MAY 12, 2009
No: 05-97235-1

                                      Respectfully submitted,

                                            /s/
                                    G. ALLEN DALE - Bar No. 954537
                                    601 Pennsylvania Avenue, N.W.
                                    Suite 900 - North Building
                                    Washington, D.C. 20004
                                    (202) 638-2900
                                    Facsimile: (202) 783-1654
                                    Email: Gallendale@aol.com
                                    Counsel for Claimant Michele Wong