CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff ) | Civil Case Number 07-1512 (EGS) |
| v. ) | |
| ) | Category    E |
| 2004 LAMBORGHINI MURCIELAGO, et al. ) | |
| ) | |
| Defendant ) | |

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on <u>October 25, 2007</u> from <u>Judge Richard J. Leon</u> to <u>Judge Emmet G. Sullivan</u> by direction of the Calendar Committee.

(Reassigned as related to 07cr211)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case
Management Committee

cc:   <u>Judge Leon</u> & Courtroom Deputy
     <u>Judge Sullivan</u> & Courtroom Deputy
     Liaison, Calendar and Case Management Committee
     Civil Case Processing Clerk ✓