UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>2004 LAMBORGHINI MURCIELAGO VIN # ZHWBU16S64LA01275;<br>$ 6,100.00 IN UNITED STATES CURRENCY:<br>2007 MERCEDES BENZ S-550 VIN #WDDNG71X07A086619;<br>2007 MERCEDES BENZ GL 450 VIN# 4JGBF71E87A191614;<br>CITIBANK CHECKING ACCOUNT #151875564 CONTAINING $2,569.04 (more or less);<br>CITIBANK CHECKING ACCOUNT #152070827 CONTAINING $485,952.00 (more or less);<br>WELLS FARGO CHECK 0648300450 for $191,971.74 from ACCOUNT #6294596132,<br><br>    Defendants. | Case No.  07cv1512 (EGS)<br><br>**ANSWER TO COMPLAINT FOR FORFEITURE AND DEMAND FOR JURY TRIAL** |

COMES NOW the Claimant, MICHELE WONG, and in answer to Plaintiff's Complaint for Forfeiture, hereby responds, alleges, and otherwise pleads as follows:

1. Paragraph 1. of the Complaint for Forfeiture consists of a characterization of Plaintiff's action and legal conclusions to which no response is required. However, to the extent a response is required, Claimant denies the allegations contained therein.

2. Paragraph 2. of the Complaint for Forfeiture consists of a characterization of Plaintiff's action and legal conclusions to which no response is required. However, to the extent a response is required, Claimant denies the allegations contained therein.

3. Paragraph 3. of the Complaint for Forfeiture consists of a characterization of Plaintiff's action and legal conclusions to which no response is required. However, to the extent a response is required.

4. Answering Paragraph 4. of the Complaint, Claimant has no information or belief sufficient to enable her to answer the allegations contained therein, and basing her denial on that ground,

1

denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

5. Claimant admits the allegations contained in paragraph 5. of the Compliant for Forfeiture.

6. Answering Paragraph 6. of the Complaint, Claimant has no information or belief sufficient to enable her to answer the allegations contained therein, and basing her denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

7. Answering Paragraph 7. of the Complaint, Claimant has no information or belief sufficient to enable her to answer the allegations contained therein, and basing her denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

8. Answering Paragraph 8. of the Complaint, Claimant has no information or belief sufficient to enable her to answer the allegations contained therein, and basing her denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

9. Answering Paragraph 9. of the Complaint, Claimant has no information or belief sufficient to enable her to answer the allegations contained therein, and basing her denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

10. Answering Paragraph 10. of the Complaint, Claimant has no information or belief sufficient to enable her to answer the allegations contained therein, and basing her denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

11. Answering Paragraph 11. of the Complaint, Claimant has no information or belief sufficient to enable her to answer the allegations contained therein, and basing her denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

12. Answering Paragraph 12. of the Complaint, Claimant has no information or belief sufficient to enable her to answer the allegations contained therein, and basing her denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

13. Answering Paragraph 13. of the Complaint, Claimant has no information or belief sufficient to enable her to answer the allegations contained therein, and basing her denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

14. Answering Paragraph 14. of the Complaint, Claimant has no information or belief sufficient to enable her to answer the allegations contained therein, and basing her denial on that ground,

1 denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

2  15.  Answering Paragraph 15. of the Complaint, Claimant has no information or belief sufficient to enable her to answer the allegations contained therein, and basing her denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

16. Answering Paragraph 16. of the Complaint, Claimant has no information or belief sufficient to enable her to answer the allegations contained therein, and basing her denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

17. Answering Paragraph 17. of the Complaint, Claimant has no information or belief sufficient to enable her to answer the allegations contained therein, and basing her denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

18. Answering Paragraph 18. of the Complaint, Claimant has no information or belief sufficient to enable her to answer the allegations contained therein, and basing her denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

19. Answering Paragraph 19. of the Complaint, Claimant has no information or belief sufficient to enable her to answer the allegations contained therein, and basing her denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

20. Answering Paragraph 20. of the Complaint, Claimant has no information or belief sufficient to enable her to answer the allegations contained therein, and basing her denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

21. Answering Paragraph 21. of the Complaint, Claimant has no information or belief sufficient to enable her to answer the allegations contained therein, and basing her denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

22. Answering Paragraph 22. of the Complaint, Claimant has no information or belief sufficient to enable her to answer the allegations contained therein, and basing her denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

23. Answering Paragraph 23. of the Complaint, Claimant has no information or belief sufficient to enable her to answer the allegations contained therein, and basing her denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

1  24. Answering Paragraph 24. of the Complaint, Claimant has no information or belief
2  sufficient to enable her to answer the allegations contained therein, and basing her denial on that ground,
3  denies each and every allegation contained therein in the conjunctive as well as the disjunctive.
4  25. Answering Paragraph 25. of the Complaint, Claimant has no information or belief
5  sufficient to enable her to answer the allegations contained therein, and basing her denial on that ground,
6  denies each and every allegation contained therein in the conjunctive as well as the disjunctive.
7  26. Claimant denies each and every allegation set forth in Paragraph 26. of the
8  Complaint for Forfeiture in the conjunctive as well as the disjunctive.
9  27. Claimant denies each and every allegation set forth in Paragraph 27. of the
10 Complaint for Forfeiture in the conjunctive as well as the disjunctive.
11 28. Claimant denies each and every allegation set forth in Paragraph 28 of the
12 Complaint for Forfeiture in the conjunctive as well as the disjunctive.
13 29. Claimant denies each and every allegation set forth in Paragraph 29 of the
14 Complaint for Forfeiture in the conjunctive as well as the disjunctive.
15 30. Claimant denies each and every allegation set forth in Paragraph 30 of the
16 Complaint for Forfeiture in the conjunctive as well as the disjunctive.
17 31. Claimant denies each and every allegation set forth in Paragraph 31 of the
18 Complaint for Forfeiture in the conjunctive as well as the disjunctive.
19 32. Answering Paragraph 32. of the Complaint, Claimant has no information or belief
20 sufficient to enable her to answer the allegations contained therein, and basing her denial on that ground,
21 denies each and every allegation contained therein in the conjunctive as well as the disjunctive.
22 33. Answering Paragraph 33. of the Complaint, Claimant has no information or belief
23 sufficient to enable her to answer the allegations contained therein, and basing her denial on that ground,
24 denies each and every allegation contained therein in the conjunctive as well as the disjunctive.
25 34. Answering Paragraph 34. of the Complaint, Claimant has no information or belief
26 sufficient to enable her to answer the allegations contained therein, and basing her denial on that ground,
27 denies each and every allegation contained therein in the conjunctive as well as the disjunctive.
28 35. Claimant admits the allegations contained in paragraph 35. of the Complaint for

Forfeiture.

36. Claimant admits the allegations contained in paragraph 36. of the Compliant for Forfeiture.

37. Answering Paragraph 37. of the Complaint, Claimant hereby incorporates her responses to Paragraphs 1-36 herein.

38. Claimant denies each and every allegation set forth in Paragraph 38. of the Complaint for Forfeiture in the conjunctive as well as the disjunctive.

## SECOND CAUSE OF ACTION

39. Answering Paragraph 39. of the Complaint, Claimant hereby incorporates her responses to Paragraphs 1-38 herein.

40. Claimant denies each and every allegation set forth in Paragraph 40. of the Complaint for Forfeiture in the conjunctive as well as the disjunctive.

41. Claimant denies each and every allegation set forth in Paragraph 41. of the Complaint for Forfeiture in the conjunctive as well as the disjunctive.

## AFFIRMATIVE DEFENSE(S)

## FIRST AFFIRMATIVE DEFENSE

For a further and separate answer to the Complaint, Claimant alleges the subject Complaint as pled fails to state facts sufficient to constitute a cause of action against the defendant properties.

## SECOND AFFIRMATIVE DEFENSE

For a further and separate answer to the Complaint, Claimant alleges plaintiff lacked probable cause for the institution of this forfeiture action.

## THIRD AFFIRMATIVE DEFENSE

For a further and separate answer to the Complaint, Claimant alleges that the forfeiture in this case is disproportionate, and is a violation of the Eighth Amendment to the United States Constitution.

## FOURTH AFFIRMATIVE DEFENSE

For a further and separate answer to the Complaint, Claimant allege Claimant's ownership interest (legal and/or beneficial) is not forfeitable in the property by reason that any and all acts or omissions alleged as the basis for forfeiture have been committed or omitted without the knowledge or

consent of Claimant (i.e. Claimant was and is what is commonly referred to as an innocent owner).

### FIFTH AFFIRMATIVE DEFENSE

For a further and separate answer to the Complaint, Claimant alleges that the searches which led to the seizure of the defendant vehicles and currency violated the Fourth Amendment to the United States Constitution.

### JURY DEMAND

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure and general federal law, Claimant demands a trial by jury in connection with the subject action.

WHEREFORE, claimant prays for judgment as follows:

1. That the Complaint be dismissed with prejudice;

2. That the subject property be returned to Claimant;

3. For reasonable attorney's fees herein and costs of suit; and

4. For such other and further relief as the Court may deem just.

DATED: November 6, 2007

Respectfully Submitted,

/s/ G. Allen Dale
G. ALLEN DALE
#954537
601 Pennsylvania Ave. N.W.
#900-North Building
Washington, DC 20004
Tel: (202) 638-2900
Fax:(202) 783-1654
e-mail: gallendale@aol.com

Attorney for Claimant
MICHELE WONG