UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, :<br>　　　　　　　　　　　　　　　　　　:<br>　　v.　　　　　　　　　　　　　　　:<br>　　　　　　　　　　　　　　　　　　:<br>2004 LAMBORGHINI MURCIELAGO　　:<br>　VIN # ZHWBU16S64LA01275;　　　　:<br>$6,000.00 IN UNITED STATES CURRENCY :<br>2007 MERCEDES BENZ S-550　　　　　:<br>　VIN # WDDNG71X07A086619;　　　　:<br>2007 MERCEDES BENZ GL 450　　　　 :<br>　VIN #4JGBF71E87A191614;　　　　　:<br>CITIBANK CHECKING ACCOUNT　　　 :<br>　NO.: 151875564 CONTAINING $2,569.04 :<br>　(more or less);　　　　　　　　　　　:<br>CITIBANK CHECKING ACCOUNT　　　 :<br>　NO.: 152070827 CONTAINING $485,952.00 :<br>　(more or less);　　　　　　　　　　　:<br>WELLS FARCO CHECK 0648300450 for　:<br>　$191,971.74 from ACCOUNT #6294596132. :<br>　　　　　　　　Defendants.　　　　　 : | Case No. 07-cv-1512 (EGS) |

<u>MOTION FOR *PRO HAC VICE* ADMISSION OF RICHARD M. BARNETT</u>

  G. Allen Dale, counsel for claimant, Michele Wong, hereby respectfully moves the Court for entry of an order permitting Richard M. Barnett to appear *pro hac vice* in accordance with Local Civil Rule 83.2. In support thereof, I hereby submit the accompanying certifications together with a draft order for the Court's consideration.

                Respectfully submitted,

                 /s/
                G. ALLEN DALE - Bar No. 954537
                601 Pennsylvania Avenue, N.W.
                Suite 900 - North Building
                Washington, D.C. 20004
                (202) 638-2900
                Facsimile: (202) 783-1654
                Email: Gallendale@aol.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : <br> : <br> v. : <br> : <br> 2004 LAMBORGHINI MURCIELAGO : <br>  VIN # ZHWBU16S64LA01275; : <br> $6,000.00 IN UNITED STATES CURRENCY : <br> 2007 MERCEDES BENZ S-550 : <br>  VIN # WDDNG71X07A086619; : <br> 2007 MERCEDES BENZ GL 450 : <br>  VIN #4JGBF71E87A191614; : <br> CITIBANK CHECKING ACCOUNT : <br>  NO.: 151875564 CONTAINING $2,569.04 : <br>  (more or less); : <br> CITIBANK CHECKING ACCOUNT : <br>  NO.: 152070827 CONTAINING $485,952.00 : <br>  (more or less); : <br> WELLS FARCO CHECK 0648300450 for : <br>  $191,971.74 from ACCOUNT #6294596132. : <br>                        Defendants.          : | Case No. 07-cv-1512 (EGS) |

### ***PRO HAC VICE* ADMISSION CERTIFICATION OF RICHARD M. BARNETT**

I, Richard M. Barnett, hereby certify that the following information is true and correct:

1)     Richard M. Barnett, a Professional Law Corporation, maintains offices at 105 West F Street, 4th Floor, San Diego, California 92101.  My office telephone number is (619) 231-1182, my facsimile number is (619) 233-3221 and my email address is rmb-atty@pacbell.net.

2)     On December 18, 1975, I was admitted to practice before the Supreme Court of the State of California;

3)     On July 10, 1979, I was admitted to practice before the Supreme Court of the United States;

4)	On August 7, 1978, I was admitted to practice before the United States Court of Appeals for the Ninth Circuit;

5)	I have also been admitted to practice before the United States Court of Appeal for the Tenth Circuit and various district courts, including but not limited to the United States District Court(s) for the Northern, Central, Eastern and Southern District(s) of California, the Southern District of Indiana, Western District of Michigan, the District of Arizona, the District of Nevada and District of Colorado;

6)	I am not currently, nor have I ever been suspended or disbarred in any other court;

7)	I have not appeared *pro hac vice* before this court in the last two years;

8)	I do not engage in the practice of law from an office located in the District of Columbia, am not a member of the District of Columbia Bar and do not have an application for membership pending.

9)	I am personally familiar with the Local Rules of this Court, the provisions of the Judicial Code pertaining to the jurisdiction of and practice in the United States District Courts, the Federal Rules of Civil Procedure, the Rules of Professional Conduct as adopted by the District of Columbia Court of Appeals, to which I will faithfully adhere, and the D.C. Bar Voluntary Standards for Civility in Professional Conduct.  LCvR 83.2(j), 83.2(6).

10)     I hereby swear and/or affirm that the foregoing Certification is true and correct to the best of my knowledge.

Dated:  <u>November 13, 2007</u>

                                                 /s/
                                      RICHARD M. BARNETT
                                      105 West F Street
                                      4th Floor
                                      San Diego, California  92101
                                      (619) 231-1182
                                      Facsimile:  (619) 233-3221
                                      Email:  rmb-atty@pacbell.net

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, :<br>       :<br>     v.     :<br>       :<br> 2004 LAMBORGHINI MURCIELAGO   :<br>   VIN # ZHWBU16S64LA01275;   :<br> $6,000.00 IN UNITED STATES CURRENCY :<br> 2007 MERCEDES BENZ S-550   :<br>   VIN # WDDNG71X07A086619;   :<br> 2007 MERCEDES BENZ GL 450   :<br>   VIN #4JGBF71E87A191614;   :<br> CITIBANK CHECKING ACCOUNT   :<br>   NO.: 151875564 CONTAINING $2,569.04 :<br>   (more or less);    :<br> CITIBANK CHECKING ACCOUNT   :<br>   NO.:  152070827 CONTAINING $485,952.00 :<br>   (more or less);    :<br> WELLS FARCO CHECK 0648300450 for  :<br>   $191,971.74 from ACCOUNT #6294596132. :<br>                             Defendants.          : | Case No. 07-cv-1512 (EGS) |

**O R D E R**

Upon careful consideration of the motion by G. Allen Dale, counsel for claimant Michele Wong, for the *pro hac vice* admission of Richard M. Barnett to represent claimant Michele Wong, the motion is hereby GRANTED.

Richard M. Barnett is hereby admitted to practice before this Court in the above captioned matter *pro hac vice* as counsel for claimant Michele Wong, as set forth in Local Rules 83.2(c) and (d).

TO THE CLERK: Please add Richard M. Barnett to the ECF service list in this case (rmb-atty@pacbell.net).

SO ORDERED.

 

_____
Judge
United States District Court