UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>　　　　　**Plaintiff,**<br><br>　v.<br><br>**2004 LAMBORGHINI MURCIELAGO VIN # ZHWBU16S64LA01275;**<br>**$6,100.00 in UNITED STATES CURRENCY;**<br>**2007 MERCEDES BENZ S-550 VIN #WDDNG71X07A086619;**<br>**2007 MERCEDES BENZ GL 450 VIN # 4JGBF71E87A191614;**<br>**CITIBANK CHECKING ACCOUNT #151875564 CONTAINING $2,569.04 (more or less);**<br>**CITIBANK CHECKING ACCOUNT #152070827 CONTAINING $485,952.00 (more or less);**<br>**WELLS FARGO CHECK 0648300450 for $191,971.74 from ACCOUNT 6294596132;**<br>**BANK OF AMERICA ACCOUNT # 004968432606 CONTAINING $406,855.05 (more or less);**<br>**WELLS FARGO ACCOUNT # 9397156952 CONTAINING $12,511.48 (more or less),**<br><br>　　　　　**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Civil Case No. 07-1512 (EGS) |

### MOTION FOR EXTENSION OF TIME TO MEET AND CONFER

**COMES NOW** the United States of America, by and through the undersigned attorney, and hereby requests a motion to continue the time to meet and confer.

On November 7, 2007, this honorable Court ordered for all concerned parties to meet and confer by December 14, 2007 and to submit a report about the meeting to this Court by December 21, 2007. The undersigned is traveling to Hong Kong to obtain evidence for the related criminal matter November 30 through December 7, followed by another trip for official

government business. The undersign will not return to the United States until December 15, 2007. Accordingly, the government would request until January 14, 2008 to meet and confer with Claimant's counsel and until January 21, 2008 to submit to this Court the report of the meeting between counsel.

The undersigned has conferred with G. Allen Dale, counsel for Claimant Michele Wong, on November 29, 2007 and he does not have an objection to this motion. The undersigned attempted to confer with Lisa Angelo, counsel for Claimant Zhenli Ye Gon on Novermber 30, 2007. At the time of the filing of this motion, the undersigned has not received a response to this motion.

**WHEREFORE**, the United States respectfully asks the Court to grant this motion.

Respectfully Submitted,

_/s/_
ROBERT STAPLETON, NY BAR #4076568
U.S. Department of Justice
Criminal Division
Asset Forfeiture and
 Money Laundering Section
1400 New York Avenue, N.W., Suite 10100
Washington, D.C. 20530
(202) 514-1263

Attorney for Plaintiff United States

**CERTIFICATE OF SERVICE**

On this 30th day of November, I electronically filed the foregoing Motion with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to:

Martin McMahon, Esq.,
Lisa D. Angelo, Esq
Martin McMahon & Associates
1150 Connecticut Ave., N.W.
Suite 900
Washington, D.C. 20036
(202) 862-4343
mfm@martinmcmahonlaw.com
langelo@martinmcmahonlaw.com
Counsel for Claimant Zhenli Ye Gon

G. Allen Dale, Esq.
601 Pennsylvania Ave., NW
Suite 900, North Building
Washington, DC 20004
Counsel for Claimant Michele Wong

/s/
ROBERT STAPLETON, NY BAR #4076568
U.S. Department of Justice
Criminal Division
Asset Forfeiture and
 Money Laundering Section
1400 New York Avenue, N.W., Suite 10100
Washington, D.C. 20530
(202) 514-1263

Attorney for Plaintiff United States

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>        **Plaintiff,** )<br>  v. )<br>  )<br>**2004 LAMBORGHINI MURCIELAGO VIN** )<br>**# ZHWBU16S64LA01275;** )<br>**$6,100.00 in UNITED STATES CURRENCY;** )<br>**2007 MERCEDES BENZ S-550 VIN** )<br>**#WDDNG71X07A086619;** )<br>**2007 MERCEDES BENZ GL 450 VIN #** )<br>**4JGBF71E87A191614;** )<br>**CITIBANK CHECKING ACCOUNT** )<br>**#151875564 CONTAINING $2,569.04 (more** )<br>**or less);** )<br>**CITIBANK CHECKING ACCOUNT** )<br>**#152070827 CONTAINING $485,952.00** )<br>**(more or less);** )<br>**WELLS FARGO CHECK 0648300450 for** )<br>**$191,971.74 from ACCOUNT 6294596132;** )<br>**BANK OF AMERICA ACCOUNT** )<br>**# 004968432606 CONTAINING $406,855.05** )<br>**(more or less);** )<br>**WELLS FARGO ACCOUNT # 9397156952**<br>**CONTAINING $12,511.48 (more or less),**<br><br>        **Defendants.** | Civil Case No. 07-1512 (EGS) |

**ORDER**

Upon consideration of the "Government's Motion For Extension of Time to Meet and Confer," requesting until January 14, 2008 to meet and confer and January 21, 2008 to report on the meeting, the Court hereby ORDERS that the government's motion is **GRANTED**.

DATE: _____      _____
                                                             EMMET G. SULLIVAN, JUDGE
                                                             UNITED STATES DISTRICT COURT