UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**            ) | |
| )         **Plaintiff,**                                                ) | |
| )   v.                                                                        ) | |
| )   **2004 LAMBORGHINI MURCIELAGO VIN**  ) | **Civil Action No. 07-01512- EGS** |
| **# ZHWBU16S64LA01275;**                                 ) | |
| **$6,100.00 in UNITED STATES CURRENCY;**   ) | |
| **2007 MERCEDES BENZ S-550 VIN**              ) | |
| **#WDDNG71X07A086619;**                              ) | |
| **2007 MERCEDES BENZ GL 450 VIN**           ) | |
| **# 4JGBF71E87A191614;**                                  ) | |
| **CITIBANK CHECKING ACCOUNT #151875564**  ) | |
| **CONTAINING $2,569.04 (more or less);**     ) | |
| **CITIBANK CHECKING ACCOUNT #152070827**  ) | |
| **CONTAINING $485,952.00 (more or less);**  ) | |
| **WELLS FARGO CHECK 0648300450 for**    ) | |
| **$191,971.74 from ACCOUNT 6294596132;** ) | |
| **BANK OF AMERICA ACCOUNT #004968432606**  ) | |
| **CONTAINING $406,855.05, (more or less);** ) | |
| **WELLS FARGO ACCOUNT CONTAINING**   ) | |
| **$12,511.48 (more or less),**                            ) | |
| )                                           **Defendants.**                                 ) | |

## MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT

**COMES NOW** the United States of America, by and through the undersigned attorney, and hereby requests an extension of time to file an amended complaint until August 15, 2008.

Due to a heavy caseload, travel and other assignments, the Trial Attorney to whom this case is assigned is unable to file the amended complaint on August 1, 2008 as ordered by this Court.

The Defendant properties should not be prejudiced by this extension.

**WHEREFORE**, the United States respectfully asks the Court to grant this motion for an

1

extension to file a response until August 15, 2008.

                        Respectfully Submitted,

                           /s/
                        ROBERT STAPLETON, NY BAR #4076568
                        U.S. Department of Justice
                        Criminal Division
                        Asset Forfeiture and
                        Money Laundering Section
                        1400 New York Avenue, N.W., Suite 10100
                        Washington, D.C. 20530
                        (202) 514-1263
                        Attorney for Plaintiff United States

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>2004 LAMBORGHINI MURCIELAGO VIN )<br># ZHWBU16S64LA01275; )<br>$6,100.00 in UNITED STATES CURRENCY; )<br>2007 MERCEDES BENZ S-550 VIN )<br>#WDDNG71X07A086619; )<br>2007 MERCEDES BENZ GL 450 VIN )<br># 4JGBF71E87A191614; )<br>CITIBANK CHECKING ACCOUNT #151875564 )<br>CONTAINING $2,569.04 (more or less); )<br>CITIBANK CHECKING ACCOUNT #152070827 )<br>CONTAINING $485,952.00 (more or less); )<br>WELLS FARGO CHECK 0648300450 for )<br>$191,971.74 from ACCOUNT 6294596132; )<br>BANK OF AMERICA ACCOUNT #004968432606 )<br>CONTAINING $406,855.05, (more or less); )<br>WELLS FARGO ACCOUNT CONTAINING )<br>$12,511.48 (more or less), )<br>)<br>**Defendants.** ) | Civil Action No. 07-01512- EGS |

**ORDER**

Upon consideration of the Government's "Motion For Extension of Time to File Amended Complaint," requesting until August 15, 2008 to file its response, the Court hereby ORDERS that the government's motion is **GRANTED**.

DATE: _____            _____
                                 EMMET G. SULLIVAN, JUDGE
                                 UNITED STATES DISTRICT COURT

1