1

2

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

3

**UNITED STATES OF AMERICA,**                )
                          **Plaintiff,**                )
                                                )
4                       **v.**                )
                                                )
5    **2004 LAMBORGHINI MURCIELAGO VIN**    )
      **# ZHWBU16S64LA01275;**                )
6    **$6,100.00 in UNITED STATES CURRENCY;**  )
      **2007 MERCEDES BENZ S-550 VIN**        )
7    **#WDDNG71X07A086619;**                )    **Civil Case No. 07-1512 (EGS)**
      **2007 MERCEDES BENZ GL 450 VIN #**      )
8    **4JGBF71E87A191614;**                )
      **CITIBANK CHECKING ACCOUNT**            )
9    **#151875564 CONTAINING $2,569.04 (more**  )
      **or less);**                                )
10   **CITIBANK CHECKING ACCOUNT**            )
      **#152070827 CONTAINING $485,952.00**      )
11   **(more or less);**                          )
      **WELLS FARGO CHECK 0648300450 for**      )
12   **$191,971.74 from ACCOUNT 6294596132,**  )
                                                )
13   _____**Defendants.**_____ )

14

15                     **WITHDRAWAL OF NOTICE TO AMEND**

16              The United States of America, by and through the undersigned attorney, moves to withdraw

17   its motion to amend the above captioned civil forfeiture complaint Civil Case No. 07-1512, filed on

18   August 24th, 2007.  The government has determined during the period of extension this court granted

19   that it will not amend the following properties at this time:

20   •         Bank of America account # 004968432606 containing $406,855.05 in U.S. currency;

21   •         Wells Fargo account # 9397156952 containing $12,511.48 in U.S. currency.

22

23

24

25

26

1   Wherefore, the United States respectfully requests that the Court withdraw its order to amend

2   the complaint to add two bank accounts as defendants,

3   DATED this 14th day of August, 2008.

4                                            Respectfully submitted,

5                                            RICHARD WEBER, CHIEF
                                             ASSET FORFEITURE AND
6                                            MONEY LAUNDERING SECTION

7

8   _____ /s/ _____
                                             ROBERT STAPLETON, NY BAR #4076568
                                             U.S. Department of Justice
9                                            Criminal Division
                                             Asset Forfeiture and
10                                            Money Laundering Section
                                             1400 New York Avenue, N.W., Suite 10100
11                                           Washington, D.C. 20530
                                             (202) 514-1263
12
                                             Attorney for Plaintiff United States
13

14

15

16

17

18

19

20

21

22

23

24

25

26

2